**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| BEILIANG LOH, | | |
| Plaintiff, | : | CIVIL NO. 10-0054(NLH) |
| v. | : | |
| MILAGRO RICHARDSON-BROWNE, et al., | : | **ORDER** |
| Defendants. | : | |

For the reasons expressed in the Court's Opinion filed today,

    **IT IS HEREBY** on this <u>2nd</u> day of December, 2010

    **ORDERED** that Defendant Sjogren's Motion to Dismiss [8] is

**GRANTED**; and it is further

    **ORDERED** that Defendant Richardson-Browne's Motion to Dismiss

[7] is **DENIED AS MOOT**; and it is further

    **ORDERED** that the Clerk of the Court mark this matter as

**CLOSED.**

 

 

At Camden, New Jersey

                s/ Noel L. Hillman
                NOEL L. HILLMAN, U.S.D.J.